**92–1471.** Kelly v. Clark. *Hamilton County*, No. C–910491.

HOLMES, J., dissents.

**92–1524.** Lasiewski v. Landen Farm Community Serv. Assoc., Inc. *Warren County*, No. CA91–12–095.

**92–1526.** State v. Scarbrough. *Stark County*, No. CA–8766.

**92–1602.** Lovell v. Acme Furniture Mfg. Co. *Clark County*, No. 2805.

MOYER, C.J., HOLMES and WRIGHT, JJ., dissent.

**92–1619.** Marino v. Mayfield. *Lake County*, No. 91–L–084.

HOLMES and WRIGHT, JJ., dissent.

**92–1626.** In re Hobbs. *Franklin County*, No. 91AP–1478.

**92–1627.** Wilson v. LTV Steel Co. *Cuyahoga County*, Nos. 59515 and 59955.

MOYER, C.J., and WRIGHT, J., dissent.

H. BROWN, J., not participating.

**92–1629.** Lewandowski v. W.E. Mikhail M.D., Inc. *Lucas County*, No. L–91–161. On motion and cross-motion. Motions denied.

MOYER, C.J., and WRIGHT, J., dissent.

RESNICK, J., not participating.

**92–1633.** State v. Nolan. *Morgan County*, No. CA–915.

**92–1635.** In re Adoption of Carletti. *Muskingum County*, No. CA–9131.

**92–1636.** Dayton Metro. Housing Auth. v. Dayton Human Relations Council. *Montgomery County*, No. CA 13106.

MOYER, C.J., and DOUGLAS, J., dissent.

**92–1638.** Buehler v. State Farm Mut. Auto. Ins. Co. *Mahoning County*, No. 91 C.A. 209. On motion to certify the record and on motion for leave to file *amicus* of Progressive Casualty Insurance Company. Motions denied.

MOYER, C.J., WRIGHT and H. BROWN, JJ., dissent.

**92–1639.** State v. Smith. *Cuyahoga County*, No. 60817.

WRIGHT, J., dissents.

**92–1646.** Parrot v. Spring Indus., Inc. *Tuscarawas County*, No. 91AP090070.

**92–1647.** Babal v. Babal. *Cuyahoga County*, No. 63044.

**92–1653.** PDT & Co. v. Ballinger. *Hamilton County*, No. C–910452. On motion and cross-motion to certify the record. Motions denied.

WRIGHT, J., dissents.

**92–1660.** Porter v. Tamarkin Co. *Trumbull County*, No. 91–T–4540.

**92–1662.** Hickey v. Joint Bd. of Cty. Commrs. *Sandusky County*, No. S–91–35.

RESNICK, J., not participating.

**92–1663.** Buttermore v. Thompson. *Stark County*, No. CA–8754.

DOUGLAS and H. BROWN, JJ., dissent.

**92–1664.** Miller v. Barry. *Franklin County*, No. 91AP–966.

**92–1669.** Lightning Rod Mut. Ins. Co. v. Ray. *Lake County*, No. 91–L–073.

RESNICK, J., dissents.

**92–1674.** Smith v. Town. *Franklin County*, No. 91AP–1410.

HOLMES and WRIGHT, JJ., dissent.

**92–1679.** Plazzo v. Nationwide Mut. Ins. Co. *Summit County*, No. 15370. On motion and cross-motion to certify the record. Motions denied.

MOYER, C.J., DOUGLAS and RESNICK, JJ., dissent.

**92–1680.** State v. Babers. *Seneca County*, No. 13–91–48.